PABLO MANJARRES
#57858-198
F.C.I.-SAFFORD
P.O. Box 9000
Safford, AZ. 85548

**August 6, 2007.**

RECEIVED
AUG 09 2007
Property of U.S. District Court
District of Rhode Island

**The Honorable Mary M. Lisi**
**United States District Judge**

**U.S. District Court Rhode Island**
**Federal Bldg. 2 Exchange Terrace PL.**
**Providence, Rhode Island 02903**

**RE: UNITED STATES v. PABLO MANJARRES**
**Docket No. 1:00CR00049-001 ML**

Dear Judge Lisi:

I send you a cordial and respectful greeting. I then pass to the following matter.

The fine imposed in the above captioned case has caused me hardship while incarcerated, this has caused the same with my family whom I have not seen in years due to the fact that they live in Mexico and do not have the economic means to travel and visit me.

The mail service into Mexico takes at least one month if it is delivered at all, and to call by telephone it costs me ¢0.55 per minute. All this in addition to $25.00 dollars which are deducted quarterly from my meager prison wages towards payment of the fine. I do not have any outside sources of income other than an occasional $20.00 dollars from my brother when he notices that I have failed to get in touch.

Honorable Judge, if it were possible for me to pay the fine, I would have done so. You originally imposed a fine of $20,000.00 dollars, and due to my inability to pay, the interest accrued has raised this amount to aprox. $25,000.00 dollars. For the reasons stated above, I cannot ask my family for help because it would create a burden beyond their economic means.

The staff here at F.C.I.-SAFFORD, have seemed to notice my state of poverty and hardship, and are considering me for temporary exemption from the IFRP (Inmate Financial Responsibility Program) payments toward the fine (see enclosed), although; I am participating in the IFRP, I cannot even pay a fraction of the interest regarding the fine. I have no means of paying the above-mentioned fine, and do not have any assets to draw from to resolvé the matter.

In addition to the above, I am not eligible to transfer to Mexico under the terms of the International Treaty for Prisoner Transfer due to the outstanding fine. All in detriment to the communication and contact with my family.

I humbly ask that you reconsider the above-mentioned fine, by waiving the fine and interest accrued, so that my family and I have the opportunity for increased communication and/or have the possibility of seeing each other after so many years of separation.

I would like to thank you before hand for your time and kind consideration in this matter.

**Sincerely,**

**Pablo Alberto Riend Manjarrez**

**Enclosure: PROGRAM REVIEW REPORT**

SAF29 * PROGRAM REVIEW REPORT * 03-01-2007
PAGE 001 08:20:41

INSTITUTION: SAF SAFFORD FCI

NAME.......: MANJARRES, PABLO REG. NO: 57858-198
RESIDENCE..: CHULA VISTA, CA 91911

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: 9-7-07

PROJ. RELEASE DATE..: 02-18-2014 RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 3/08 DETAINERS (Y/N): N

CIM STATUS (Y/N)....: Y IF YES, RECONCILED (Y/N): RECONCILED

PENDING CHARGES.....: NONE KNOWN

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: DRCS
IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - - - | CURRENT ASSIGNMENT - - - - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 06-28-2008 | 1139 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 10-06-2003 | 0801 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 01-12-2002 | 1439 |
| CUS | IN | IN CUSTODY | 05-29-2001 | 0824 |
| DRG | DRG E COMP | DRUG EDUCATION COMPLETED | 10-02-2002 | 1218 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 07-11-2001 | 1438 |
| DRG | NR PART | NRES DRUG COUNSEL PARTICIPANT | 01-26-2007 | 1006 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 07-01-2001 | 0820 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-12-2001 | 1329 |
| FRP | PART | FINANC RESP-PARTICIPATES | 07-11-2001 | 1438 |
| LEV | LOW | SECURITY CLASSIFICATION LOW | 03-13-2005 | 1339 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-17-2002 | 1015 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 03-17-2002 | 1015 |
| QTR | S01-011L | HOUSE S/RANGE 01/BED 011L | 11-12-2002 | 1615 |
| RLG | PROTESTANT | PROTESTANT | 05-15-2000 | 1625 |
| WRK | SAG 2 | SAG 2 | 01-15-2004 | 1334 |

WORK PERFORMANCE RATING: Satisfactory

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: NONE

FRP PLAN/PROGRESS: TRUST FUND DEPOSITS PAST 6 MO: $ 362.96

FRP PAYMENTS PAST 6 MO: $ 25.00 OBLG BALANCE: $ 19775.00 - Fine

CURRENT FRP PLAN: $ 25/QU PAYMENTS COMMENSURATE: YES X / NO ____

SAF29 * PROGRAM REVIEW REPORT * 03-01-2007
PAGE 002 08:20:41

IF NO, NEW PAYMENT PLAN: WILL CONSIDER FOR TEMP EXEMPT ONCE PAYMENTS FOR 3/07 HAVE CLEARED THE SYSTEM.

RELEASE PREPARATION PARTICIPATION: CURR IN LATIN I ACE CLASS & CRIMINAL THINKING COMPLETED 4 VIDEO SERIES DEMS.

CCC RECOMMENDATION: TOO SOON TO DISCUSS

PROGRESS MADE SINCE LAST REVIEW: CURRENTLY IN LATIN I ACE CLASS & CRIMINAL THINKING CLASS. COMPLETED 4 VIDEO SERIES CLASSES.

GOALS FOR NEXT PROGRAM REVIEW MEETING: GOOD JOB ON TAKING CLASSES. I HAVE LOOKED AT YOUR FINANCES, IT APPEARS YOU ARE UNABLE TO PAY FOR COLL CLASSES. IF YOU ARE EVER ABLE TO PAY FOR CLASSES, TAKE COLLEGE COURSES CONTINUE TO TAKE THOSE CLASSES WHICH INTEREST YOU. PARTICIPATE IN PERSONAL FITNESS.

LONG TERM GOALS: COMPLT THOSE CLASSES YOU ARE CURRENTLY IN. TAKE COLL CLASSES IF YOU ARE FINANCIALLY ABLE. WE WILL MONITOR YOUR ACCOUNT FOR FRP PAYMENTS/ PLACEMENT IN TEMP EXEMPT.

SAF29 * PROGRAM REVIEW REPORT * 03-01-2007
PAGE 003 OF 003 08:20:41

OTHER INMATE REQUESTS/TEAM ACTIONS: 407 + 409 CUM

SIGNATURES:

CHAIRPERSON: X INMATE: X

DATE: DATE: