PABLO MANJARRES
#57858-198
F.C.I.-SAFFORD
P.O. Box 9000
Safford, AZ. 85548

**January 17, 2008.**

**The Honorable Mary M. Lisi**
**United States District Judge**

**U.S. District Court Rhode Island**
**Federal Bldg. 2 Exchange Terrace PL.**
**Providence, Rhode Island 02903**

**RE: UNITED STATES v. PABLO MANJARRES**
**Docket No. 1:00CR00049-001 ML**

Dear Judge Lisi:

I send you a cordial and respectful greeting. I then pass to the following:

I have finally been placed under temporary exemption from the IFRP (Inmate Financial Responsibility Program), due to my poverty and the hardship this has caused me. I am forwarding the evidence of said exemption, so you may take it into consideration regarding my request for waiver of fine and accrued interest.

Thank you for your kind consideration in this matter, and I would like to take this opportunity to wish you a Happy New Year!

RECEIVED
JAN 22 2008
Property of U.S. District Court
District of Rhode Island

**Respectfully,**

**Pablo Alberto Riend Manjarrez**

**Enclosure: PROGRAM REVIEW REPORT**

SAF29 * PROGRAM REVIEW REPORT * 01-16-2008
PAGE 001 15:24:20

INSTITUTION: SAF SAFFORD FCI

NAME.......: MANJARRES, PABLO REG. NO: 57858-198
RESIDENCE..: CHULA VISTA, CA 91911

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: ____________

PROJ. RELEASE DATE..: 02-18-2014 RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: ____________ DETAINERS (Y/N): N

CIM STATUS (Y/N)....: Y IF YES, RECONCILED (Y/N): ________

PENDING CHARGES.....: ____________

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: ______
IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - - | CURRENT ASSIGNMENT - - - - - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 06-28-2008 | 1139 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 10-06-2003 | 0801 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 01-12-2002 | 1439 |
| CUS | IN | IN CUSTODY | 05-29-2001 | 0824 |
| DRG | DRG E COMP | DRUG EDUCATION COMPLETED | 10-02-2002 | 1218 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 07-11-2001 | 1438 |
| DRG | NR COMP | NRES DRUG TMT/COMPLETE | 04-27-2007 | 1413 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 07-01-2001 | 0820 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-12-2001 | 1329 |
| FRP | EXEMPT TMP | FINANC RESP-TEMPORARILY EXEMPT | 01-10-2008 | 1555 |
| LEV | LOW | SECURITY CLASSIFICATION LOW | 03-13-2005 | 1339 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-17-2002 | 1015 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 03-17-2002 | 1015 |
| QTR | S01-011L | HOUSE S/RANGE 01/BED 011L | 11-12-2002 | 1615 |
| RLG | PROTESTANT | PROTESTANT | 05-15-2000 | 1625 |
| WRK | SAG 2 | SAG 2 | 12-30-2007 | 0001 |

WORK PERFORMANCE RATING: ____________

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: ____________

FRP PLAN/PROGRESS: TRUST FUND DEPOSITS PAST 6 MO: $________

FRP PAYMENTS PAST 6 MO: $________ OBLG BALANCE: $________

CURRENT FRP PLAN: $________ PAYMENTS COMMENSURATE: YES ____ / NO ____