PABLO MANJARRES
#57858-198
F.C.I.-SAFFORD
P.O. Box 9000
Safford, AZ. 85548

**February 13, 2008.**

**The Honorable Mary M. Lisi**
**United States District Judge**

**U.S. District Court Rhode Island**
**Federal Bldg. 2 Exchange Terrace Pl.**
**Providence, Rhode Island 02903**

RECEIVED
FEB 20 2008
Property of U.S. District Court
District of Rhode Island

**RE: UNITED STATES v. PABLO MANJARRES**
**Docket No. 1:00CR00049-001 ML**

Dear Judge Lisi:

I send you a cordial and respectful greeting. I then pass to the following:

I received the **GOVERNMENT'S OBJECTION TO DEFENDANT'S LETTER REQUEST TO WAIVE FINE AND ACCRUED INTEREST** dated the 8th of February 2008, in which the United States of America by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, object to Defendant's letter request to waive fine and accrued interest.

The reasons given by the U.S. Attorneys in objecting to obtain relief are unfounded regarding the letter being treated as a 28 U.S.C. §2255, for Defendant never mentioned the letter to be so construed.

Secondly, Defendant does not claim that imprisonment has resulted in changed circumstances, rather Defendant sent evidence which was previously unavailable to Defendant regarding his indigency.

Third, the United States Attorneys fail to mention that, Defendant time and again petitioned the United States Attorneys office for **Remission of Fine**, and alluding to **18 U.S.C. §3573** (see attached copies); to which Defendant never received an answer.

The inability to pay the fine or, even a fraction of the interest accrued has caused undue hardship to Defendant and to Defendant's family disallowing contact and communication, due to the lack of financial resources. The inability to pay the fine is prejudicial to Defendant being eligible to transfer to Mexico under the International Treaty for Prisoner Transfer, and thus have increased contact and/or communication with family.

Defendant has tried to resolve this matter by every means possible, but by not receiving any answer from the numerous letters to the United States Attorneys Office, has left Defendant without any other alternative than to petition this Honorable Court, to waive fine and accrued interest.

I thank you before hand for your time and kind consideration in this matter.

**Respectfully,**

**Pablo Alberto Riend Manjarrez**

**Enclosure: Letters to U.S.**
**Attorneys Office**
**Dated: Feb. 10, 2007**
**May 28, 2007**

PABLO MANJARRES
#57858-198
F.C.I.-SAFFORD
P.O. Box 9000
Safford, AZ. 85548

**February 10, 2007.**

**RECEIVED**

FEB 20 2008

Property of U.S. District Court
District of Rhode Island

**Mr. Robert Clark Corrente,**
**United States Attorney**

**Fleet Center**
**50 Kennedy Plaza, 8th Floor**
**Providence, RI. 02903**

**RE: United States of America v. Pablo Manjarres, Case No. 1:00CR00049-001ML**

Dear Mr. Corrente:

I send you a cordial and respectful greeting. I then pass to the following Matter.

I am writing you with regards to the fine imposed in the above referenced case, as may be evident I am still incarcerated and although I am participating in the Inmate Financial Responsibility Program (IFRP), I cannot even pay a fraction of the interest regarding the fine.

The payment toward the fine has caused me to experience hardship up to this present date, and in addition, it prevents me from transferring to my country of origin under the terms outlined in the International Treaty for Prisoner Transfer.

Dear Mr. Corrente, if it were possible for me to pay the fine I would have done so, but even my family cannot help me in this matter for it would create a burden beyond their economic means.

I respectfully request that you waive all interest and the fine in general for the reasons mentioned above.

I appreciate your time and consideration in this matter, and I await your response at your earliest convenience.

**Encl.:** PROGRAM REVIEW REPORT.

**Yours Truly,**

**Pablo Alberto Riend Manjarrez**

PABLO MANJARRES
#57858-198
F.C.I.-SAFFORD
P.O. Box 9000
Safford, AZ. 85548

May 28, 2007.

RECEIVED
FEB 20 2008
Property of U.S. District Court
District of Rhode Island

**Mr. Kenneth P. Madden,**
**1st Assistant U.S. Attorney**

**U.S. Department of Justice**
**Fleet Center**
**50 Kennedy Plaza, 8th Floor**
**Providence, Rhode Island 02903**

**Re: United States of America v. Pablo Manjarres, a/k/a Pablo, a/k/a Paul Riend, Case No.: 1:00CR00049-001ML**

Dear Mr. Madden:

I send you a cordial and respectful greeting. I then pass to the following matter.

I am writing you to ask if there is any objection from you, that I transfer to Mexico to continue the remainder of my sentence under the **International Prisoner Treaty Transfer?**

This is my third letter to your office to which I have not received a reply, my previous letters were addressed to Mr. Robert Clark Corrente, in which I am seeking a remission of my fine and interest accrued, along with the above question. I am trying to resolve the matter of my fine which I am unable to pay, and is a prerequisite to apply for the International Prisoner Treaty Transfer.

Mr. Madden, I am appealing to your sense of fairness, I have no way of paying the above-mentioned fine, for if I did, I would have done so. For this reason I respectfully request if you may be so kind to **Petition for Remission of Fine**, I believe this is in your power under **Title 18 USCS §3573.**

I have not seen my family in years, due to the fact that they live in Mexico and do not have the economic means to allow for them to come visit me.

Thank you in advance for your consideration in this matter.

**Very Truly Yours,**

[signature]

**Pablo Alberto Riend M.**

Encl.: PROGRAM REVIEW REPORT.