PABLO MANJARRES
#57858-198
F.C.I.-SAFFORD
P.O. Box 9000
Safford, AZ 85548

In pro se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>vs.<br><br>**PABLO MANJARRES**<br>Defendant, | ) | **Case No.: 00-049ML**<br><br>**MOTION FOR APPOINTMENT OF COUNSEL Pursuant to 18 U.S.C.A. § 3006A(c), and F.R.Crim.P. 44(a).** |

**NOW COMES** the Defendant, Pablo Manjarres, proceeding in pro se, and pursuant to 18 U.S.C.A. § 3006A(c) and F.R.Crim.P. 44(a), respectfully moves this Honorable Court for an Order to appoint counsel. Defendant's need arises from the following, (1) Defendant is filing a motion in his original criminal prosecution, the granting or denial of which will lead to the right to a direct appeal, (2) has a fair likelihood of success on constitutional claim, (3) the claim is factually complex and intricate, (4) and this Honorable

Court has already determined that defendant is indigent and cannot afford to pay for counsel.

Defendant is submitting with this motion a Financial Affidavit, showing his inability to pay for counsel, and his lack of funds in general. Pursuant to 18 U.S.C.A. § 3006A this Honorable Court is empowered to appoint counsel in this matter. While every defendant who is unable to obtain counsel shall be entitled to have counsel assigned to represent that defendant at every stage of the proceedings under F.R.Crim.P., Rule 44(a), it is still proper to petition the Court for appointment of counsel.

**WHEREFORE**, Defendant respectfully requests this Honorable Court to appoint counsel for good cause showing.

Dated March 24, 2008.

**Respectfully submitted,**

**Pablo Alberto Riend Manjarrez**

CJA 23 Rev. 5/98

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF U.S. V.S. PABLO MANJARRES

FOR APPOINTMENT OF COUNSEL

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Pablo Alberto Riend Manjarrez

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court 00-049ML
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed

Name and address of employer: F.C.I.-SAFFORD, P.O. Box 9000, Safford, AZ 85548

**IF YES,** how much do you earn per month? $ Aprox. $60

**IF NO,** give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☒ No

**IF YES,** how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $ | |

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No **IF YES,** state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

**IF YES,** GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
X MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: N/A

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: N/A

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) March 24, 2008.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature]

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have served an accurate copy of the attached **DEFENDANT'S MOTION TO STRIKE ILLEGAL PORTION OF SENTENCE; DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE ILLEGAL PORTION OF SENTENCE; MOTION FOR APPOINTMENT OF COUNSEL; FINANCIAL AFFIDAVIT.**

upon the following party (ies):

**Clerk of Court**
**U.S. District Court Rhode Island**
**Federal Bldg., 2 Exchange Terrace PL.**
**Providence, Rhode Island 02903**

**Mr. Robert Clark Corrente,**
**United States Attorney**
**Fleet Center**
**50 Kennedy Plaza, 8th Floor**
**Providence, Rhode Island 02903**

postage prepaid, by placing same in the Bureau of Prisons' mailing system, on the date set forth below.

DATED: **March 24**, **2008**.
Safford, Arizona

**Pablo Alberto Riend Manjarrez**