IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 00-049ML |
| | ) | |
| PABLO MANJARRES | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

Comes now the United States of America, by and through its Attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and objects to defendant's motion for summary judgment for those reasons stated in the accompanying memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
RI BAR No. 1680
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June 2008, I served a copy of the within Government's Objection To Defendant's Motion For Summary Judgment, by ordinary mail, postage prepaid, to:

Pablo Manjarres
Pro Se
Reg. # 57858-198
FCI Safford
P.O. Box 9000
Safford, AZ 85548

/s/Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
RI BAR No. 1680
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 00-049ML |
| | ) | |
| PABLO MANJARRES | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

As a follow-up to his motion to strike an illegal portion of his sentence, Pablo Manjarres, a/k/a Paul Riend (Defendant or Manjarres)has moved for summary judgment. As grounds, Manjarres states that he is entitled to summary judgment as a matter of law. He claims the government has not rebutted his allegation that the portion of his sentence based upon leadership role is illegal.

______The government will not re-state its earlier argument except for the following. Manjarres continues to refuse to identify for this Court the rule of law which gives the Court jurisdiction to act upon his motion at this late date. His motion is one made in reliance upon United States v. Booker, 125 S.Ct. 738 (2005). Booker is not retroactive to cases that were final prior to January 12, 2005. Manjarres' case was final prior to that date. If Manjarres had Supreme Court or First Circuit case law to the contrary regarding Booker's retroactivity, he should have provided the citations to the Court.

His motion for summary judgment should be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
RI BAR No. 1680
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June 2008, I served a copy of the within Government's Memorandum In Support Of Its Objection To Defendant's Motion For Summary Judgment, by ordinary mail, postage prepaid, to:

Pablo Manjarres
Pro Se
Reg. # 57858-198
FCI Safford
P.O. Box 9000
Safford, AZ 85548

/s/Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
RI BAR No. 1680
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov